JPML FORM 1A                  DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 278 -- In re Natural Gas Liquids Regulation Litigation

| Date | No. Code | |
|---|---|---|
| 10/22/76 | | ORDER TO SHOW CAUSE -- FILED IN ACTIONS A-1 THRU A-10 -- Notified Counsel and involved judges. |
| 11/1/76 | | APPEARANCES -- Phillips Petroleum Co. by Jerry J. Miller |
| | | Pltf. Lowell Light & Power Board by P. W. Steketee |
| | | Mobil Oil Corp. by Leo J. Hoffman |
| | | Owens-Illinois, Inc. by Keith R. McCrea |
| | | Consumers Power Co. (Pltf. & Def.) Wm. Warfield Ross |
| | | Dorchester Gas Prod. Co. and Dorchester Gas Processing Co. by Stubbeman, McRae, Sealy, Laughlin & Browder |
| | | Pltf. Celanese Corp., et al. by Tucker W. Peterson |
| | | United States, Federal Energy Administration, and Frank G. Zarb, Administrator, FEA by Christopher M. Was |
| | | Cities Service Co. by Jon Lee Prather |
| | | Michigan Public Svc. Comm. by James E. Riley |
| | | The Dow Chemical Co. by P. D. Conner |
| 11/3/76 | | AMEND ORDER TO SHOW CAUSE TO INCLUDE B-1 & B-2 |
| 11/4/76 | | HEARING ORDER -- Setting A-1 through A-10, B-1 & B-2 For Hearing, Dec. 3, 1976, San Diego, California |
| 11/4/76 | | REQUEST FOR EXTENSION TO FILE RESPONSE -- CITIES SERVICE CO. GRANTED TO Nov. 10, 1976 |
| 11/5/76 | 1. | RESPONSE -- MOBIL OIL CORP. w/cert. of service |
| 11/5/76 | 2 | RESPONSE -- CELANESE CORP. w/cert. of service |
| 11/8/76 | 3 | RESPONSE -- LOWELL LIGHT & POWER BOARD w/cert. of service |
| 11/8/76 | 4 | RESPONSE -- CONSUMERS POWER COMPANY w/cert. of service |
| 11/8/76 | 5 | RESPONSE -- DORCHESTER GAS PRODUCING CO. and DORCHESTER GAS PROCESSING CO. w/cert. of service |
| 11/8/76 | 6 | RESPONSE -- MICHIGAN PUBLIC SERVICE COMMISSION, w/cert. of service |
| 11/8/76 | 7 | RESPONSE -- DOW CHEMICAL CO. w/cert. of service |
| 11/8/76 | 8 | RESPONSE -- CONSUMERS POWER CO. -- w/cert. of service |
| 11/8/76 | 9 | RESPONSE -- FEDERAL ENERGY COMMISSION w/cert. of service |
| 11/10/76 | 10 | RESPONSE -- PHILLIPS PETROLEUM CO. w/cert. of service |
| 11/11/76 | | APPEARANCE --- THOMAS N. JERSILD, ESQUIRE for Northern Illinois Gas. Co. |
| 11/18/76 | | APPEARANCE --- JAMES E. RILEY, ESQUIRE for ~~XXXXXXXXXXXXXXXXXXXXXXXXX~~ Michigan Public Service Commission |
| 11/18/76 | 11 | RESPONSE -- ILLINOIS COMMERCE COMMISSION & NORTHERN ILLINOIS GAS CO. w/cert. of service |
| 11/18/76 | 12 | RESPONSE -- CONSUMERS POWER COMPANY, w/cert of service |
| 11/18/76 | 13 | RESPONSE -- GENERAL MOTORS CORPORATION, w/cert. of service |
| 11/30/76 | | WAIVERS OF ORAL ARGUMENT FOR DEC. 3, 1976 HEARING -- Celanese Corp., Consumers Power Co., Lowell Light & Power Board Dow Chemical Co., Owens-Illinois |
| 12/10/76 | | WAIVER OF ORAL ARGUMENT for Dec. 3, 1976 hearing -- Phillips Petroleum Co |
| 6/15/77 | | OPINION AND ORDER -- DENYING TRANSFER OF LITIGATION |

DOCKET NO. 278 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE NATURAL GAS LIQUIDS REGULATION LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  12/3/76

Consolidation Ordered _____    Consolidation Denied  6/15/77

Opinion and/or Order _____

Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Celanese Corp., et al. v. Federal Energy Admin., et al. | E. Mich. Joiner | 76-70499 | | | | |
| A-2 | Consumers Power Co. v. Federal Energy Admin., et al. | E. Mich. Joiner | 75-72000 | | | | |
| A-3 | Lowell Light & Power Board, v. Federal Energy Admin., et al. | E. Mich. Joiner | 75-72030 | | | | |
| A-4 | The Dow Chemical Co., v. Federal Energy Admin., et al. | E. Mich. Joiner | 75-72093 | | | | |
| A-5 | Owens-Illinois, Inc., v. Federal Energy Admin., et al. | E. Mich. Joiner | 75-72104 | | | | |
| A-6 | Michigan Public Svc. Commission v. Federal Energy Admin., et al. | E. Mich. Joiner | 75-72171 | | | | |
| A-7 | Cities Service Co., v. Federal Energy Admin., et al. | N. Okla. Barrow | 76-C-237 | | | | |
| A-8 | Dorchester Gas Producing Co., et al. v. Federal Energy Admin., et al. | N. TEXAS Woodard | CA2-75-134 | | | | |
| A-9 | Mobil Oil Corp., v. Federal Energy Admin., et al. | N. Texas Hill | CA3-75-0527 | | | | |
| A-10 | Phillips Petroleum Co., v. Federal Energy Admin., et al. | N. Texas Woodard | CA2-76-74 | | | | |

DOCKET NO. 278   --   IN RE NATURAL GAS LIQUIDS REGULATION LITIGATION                                                        -- P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Northern Illinois Gas Co. v. Federal Energy Administration, et al. | N.D.Ill Flaum | 75C3813 | | | | See amend. 11/3/76 |
| B-2 | Celanese Corp., et al. v. Federal Energy Administration, et al. | N.D.Ill Flaum | 76C1116 | | | | '' |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 278 -- IN RE NATURAL GAS LIQUIDS REGULATION LITIGATION

CELANESE CORP., ET AL. (A-1)
Tucker W. Peterson, Esquire
Baker & Botts
1701 Pennsylvania Ave., N.W.
Washington, D.C.  20006

CONSUMER POWER CO. (A-2)
Wm. Warfield Ross, Esquire
Wald, Harkrader & Ross
1320 19th Street, N.W.
Washington, D.C.  20036

LOWELL LIGHT & POWER BOARD (A-3)
Peter W. Steketee, Esquire
505 People's Building
60 Monroe Avenue, N.W.
Grand Rapids, Michigan  49503

THE DOW CHEMICAL CO. (A-4)
P. D. Conner, Esquire
325 City Center Building
Ann Arbor, Michigan  48108

OWENS-ILLINOIS, INC. (A-5)
Keith R. McCrea, Esquire
Grove, Jaskiewicz, Gilliam & Cobert
1730 M St., N.W.
Washington, D.C.  20036

MICHIGAN PUBLIC SERVICE COMMISSION (A-6)
James E. Riley, Esquire
Asst. Attorney General
1000 Long Blvd., Suite 11
Lansing, Michigan  48910

CITIES SERVICE CO. (A-7)
Jon Lee Prather, Esquire
Cities Service Company
Cities Service Building
Post Office Box 300
Tulsa, Oklahoma  74102

DORCHESTER GAS PRODUCING CO.,
  ET AL. (A-8)
W. B. Browder, Jr., Esquire
Harrell Feldt, Esquire
Stubbeman, McRae, Sealy, Laughlin
   & Browder
Post Office Box 1540
Midland, Texas  79701

MOBIL OIL CORP. (A-9)
Leo J. Hoffman, Esquire
Strasburger, Price, Kelton, Martin
   & Unis
1200 One Main Place
Dallas, Texas  75250

PHILLIPS PETROLEUM CO. (A-10)
William H. Allen, Esquire
888 16th Street, N.W.
Washington, D.C.  20006

UNITED STATES OF AMERICA
FEDERAL ENERGY ADMINISTRATION
FRANK G. ZARB, ADMINISTRATOR, FEA
Christopher M. Was, Esquire
Economic Litigation Section
Civil Division
U. S. Dept. of Justice
Washington, D.C.  20530

NORTHERN ILLINOIS GAS CO. (B-1)
Thomas N. Jersild, Esquire
Mayer, Brown & Platt
231 South La Salle Street
Chicago, Illinois  60604

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 278 -- IN RE NATURAL GAS LIQUIDS REGULATION LITIGATION

---

CELANESE CORP., ET AL. (B-2)
  (See Counsel for A-1)


GENERAL MOTORS CORP.
Ronald L. Winkler, Esquire
Sutherland, Asbill & Brennan
1666 K Street, N.W.
Suite 800
Washington, D. C.  20006

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 278 -- IN RE NATURAL GAS LIQUIDS REGULATION LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| FEDERAL ENERGY ADMINISTRATION (FEA) | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, B-1, B-2 |
| FRANK G. ZARB, Administrator of FEA | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, B-1, B-2 |
| CONSUMERS POWER CO. | A-1, |